IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 7 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01611-WDM-BNB

SYDNEY STONE,

       Plaintiff,

v.

GERALD WHITMAN, in his individual capacity,
JOHN HICKENLOOPER, in his individual capacity,
THE CITY OF DENVER, and
COUNTY OF DENVER, CO.,

       Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain

a waiver of service from the defendants. If unable to do so, the United States Marshal

shall serve a copy of the complaint, summons, order granting leave to proceed pursuant

to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the

Marshal shall first attempt to obtain a waiver of service of these documents pursuant to

Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: 9/14/07

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01611-WDM-BNB

Sydney Stone
477 Detroit
Denver, CO 80206

US Marshal Service
Service Clerk
Service forms for: Gerald Whitman, John Hickenlooper, the City of Denver and County of Denver, CO

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Gerald Whitman, John Hickenlooper, the City of Denver and County of Denver, CO: COMPLAINT FILED 08/24/07, SUMMONS, NOTICE OF WAIVER, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on  9-17-07  .

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk