IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01611-WDM-KMT

SYDNEY STONE,

                    Plaintiff,

v.

GERALD WHITMAN, in his official capacity,
JOHN HICKENLOOPER, in his official capacity, and
THE CITY AND COUNTY OF DENVER,

                    Defendants.

---

ORDER TO CURE DEFICIENCY

---

Miller, Judge

         Plaintiff submitted a Notice of Appeal on October 3, 2008.  I have determined that the

document is deficient as described in this order.  Plaintiff will be directed to cure the following if

she wishes to pursue this appeal.

**(A)    Filing Fee**
          X     is not submitted


**(B)    Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915
        and Fed. R. App. P. 24:**
          X     is not submitted
          __    is not on proper form (must use the court's current form)
          __    is missing original signature by plaintiff/petitioner on motion
          __    is missing affidavit
          __    affidavit is incomplete
          __    is missing original signature by plaintiff/petitioner on affidavit
          __    affidavit is not notarized or is not properly notarized
          __    other_____

Accordingly, it is

1

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 29th day of October, 2008.

BY THE COURT:

s/ Walker D. Miller
_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO